# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**NORMAN L. FOUNTAIN,**

    **Plaintiff,**

                          Case No. 2:19-cv-3004

    **vs.**                         Chief Judge Algenon L. Marbley

                          Chief Magistrate Judge Elizabeth P. Deavers

**FIREFLY AGENCY, LLC,** *et al.*,

    **Defendants.**

## ORDER

This matter came before the Court on March 12, 2020 for a telephonic status conference. Counsel for all parties appeared and participated in the conference.

As discussed more fully during the conference, counsel for Plaintiff only very recently made an appearance in this case. They request additional time to review the file and to file appropriate motions. The request is well taken. The Court will by separate Notice schedule a Preliminary Pretrial Conference for April 24, 2020 at 10:00 a.m.

For purposes of docket administration and so that new counsel may determine how they intend to proceed, Plaintiff's Motion for Joinder (ECF No. 14) and Motion for Leave to File Amended Complaint (ECF No. 22) are **DENIED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**


**DATED: March 16, 2020**                /s/ *Elizabeth A. Preston Deavers*
                                          **ELIZABETH A. PRESTON DEAVERS**
                                          **CHIEF UNITED STATES MAGISTRATE JUDGE**